**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alberto MONSIVAIS–ALMENDAR,**
**Defendant–Appellant.**

**No. 15–50535**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 11, 2016.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Alexander Lee Calhoun, Austin, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alberto Monsivais–Almendar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Monsivais–Almendar has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED,

---

counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Cox has not filed a response. Although Cox remains subject to a term of supervised release, he has completed the term of imprisonment imposed upon the revocation of his probation. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot, *see United States v. Rosenbaum–Alanis*, 483 F.3d 381, 382–83 (5th Cir. 2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.